UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SALLY HATFIELD, and similarly situated
individuals, TRACI IVELENE GLAUSIER,
and similarly situated individuals, and
VICTORIA LIVENGOOD,

    Plaintiffs,

v.                                                Case No. 5:11-cv-416-Oc-10TBS

A+ NURSETEMPS, INC., a Florida for profit
corporation doing business as Nurstemps,
Inc.,

    Defendant.
_____

## ORDER

Pending before the Court are Plaintiffs' Motion to Compel Defendant's Response to Plaintiffs' First Set of Interrogatories with Supporting Memorandum of Law (Doc. 19) and Defendant's Response in Opposition to Plaintiffs' Motion to Compel Defendant's Response to First Set of Interrogatories (Doc. 27). The Defendant's objections to the interrogatories include objections to the "General Instructions & Definitions" that are, apparently, part of the interrogatories (Doc. 27). The Court does not have a copy of the General Instructions & Definitions. Therefore, Plaintiff shall supplement its motion to compel by filing a complete copy of its First Set of Interrogatories, including all definitions and instructions, within 10 days from the rendition of this Order

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 27, 2012.

/s/ Thomas B. Smith
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel