UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SALLY HATFIELD, and similarly situated individuals, TRACI IVELENE GLAUSIER, and similarly situated individuals, and VICTORIA LIVENGOOD,

    Plaintiffs,

v.    Case No. 5:11-cv-416-Oc-10TBS

A+ NURSETEMPS, INC., a Florida for profit corporation doing business as Nurstemps, Inc.,

    Defendant.

## ORDER

Pending before the Court are Defendant's Motion to Strike Amended Complaint or, Alternatively, Unopposed Motion for Enlargement of Time to Respond to Amended Complaint (Doc. 31) and Plaintiffs' Response to Defendant's Motion to Strike Amended Complaint (Doc. 35). Upon due consideration:

1. The Defendant's motion to strike is DENIED.

2. The Defendant's motion for an enlargement of time is GRANTED. The Defendant has ten days from the rendition of this Order within to respond to Plaintiffs' Amended Complaint and Demand for Jury Trial.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 25, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel