UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SALLY HATFIELD, TRACI IVELENE GLAUSIER, LAUREN McCLAIN, COELEEN BENDER, KEN KEYES, VICTORIA LIVENGOOD, and similarly situated individuals,

Plaintiffs,

-vs-                                                                                   Case No. 5:11-cv-416-Oc-10PRL

A+NURSETEMPS, INC., a Florida for profit corporation d/b/a NURSETEMPS, INC.,

Defendant.
_____/

**O R D E R**

Pursuant to prior notice (Doc. 85), the Court held a Case Management Conference and hearing on all pending motions in this FLSA case on June 19, 2013 (Doc. 97). Counsel for all Parties were present. During the course of the hearing, counsel for the Parties stipulated to the granting of partial summary judgment in favor of Plaintiffs, and further stipulated that judgment should be entered in favor of Plaintiffs Glausier, Livengood, McClain, Keyes, and Bender in specific dollar amounts representing both unpaid wages and liquidated damages. Accordingly, at the conclusion of the hearing, the Court made the following rulings:

(1)     The Plaintiffs' Motion for Leave of Court to File Motion for Partial Summary Judgment (Doc. 83) is GRANTED.  The attached motion (Doc. 83-1) shall be deemed as filed as of the date of this Order.

(2)     Pursuant to the Parties' Stipulation, the Plaintiffs' Motion for Partial Summary Judgment (Doc. 83-1) is GRANTED.  The Clerk is directed to enter judgment against Defendant A+Nursetemps, Inc., d/b/a Nursetemps, Inc., and in favor of the Plaintiffs as follows:

> Plaintiff Victoria Livengood in the amount of $20,508.18 (representing $10,254.09 in unpaid wages and $10,254.09 in liquidated damages);
>
> Plaintiff Traci Ivelene Glausier in the amount of $7,091.08 (representing $3,545.54 in unpaid wages and $3,545.54 in liquidated damages);
>
> Plaintiff Coeleen Bender in the amount of $24,926 (representing $12,463 in unpaid wages and $12,463 in liquidated damages);
>
> Plaintiff Lauren McLain in the amount of $13,255 (representing $6,627.50 in unpaid wages and $6,627.50 in liquidated damages); and
>
> Plaintiff Kenneth Keyes in the amount of $8,954 (representing $4,477 in unpaid wages and $4,477 in liquidated damages).

(3)     The Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Sally Hatfield's Claim (Doc. 84) is GRANTED.  The Clerk is directed to enter judgment dismissing WITHOUT PREJUDICE all claims on behalf of Plaintiff Sally Hatfield, each Party to bear its own fees and costs.

(4) Defendant A+Nursetemps, Inc.'s Motion for Summary Judgment (Doc. 17), and Defendant's Motion to Strike Portions of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 51) are both DENIED AS MOOT.

(5) The Motion of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to Withdraw as Counsel for Defendant (Doc. 91) is GRANTED. The law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. is hereby relieved and discharged from any and all further future representation of the Defendant in this action.

(6) Pursuant to M.D. Fla. Local Rule 2.03(e), a corporation may appear only through counsel admitted to practice in this Court. Accordingly, Defendant A+Nursetemps, Inc., d/b/a Nursetemps, Inc., shall have **fourteen (14)** days from the date of this Order to obtain new counsel, and to have that new counsel file a notice of appearance in this Court. Failure to obtain new counsel and file a notice of appearance within this time period may result in the entry of a default against Defendant.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy
             A+ Nursetemps, Inc.