UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SALLY HATFIELD, TRACI IVELENE GLAUSIER, LAUREN McCLAIN, COELEEN BENDER, KEN KEYES, VICTORIA LIVENGOOD, and similarly situated individuals,

Plaintiffs,

-vs-                                                                     Case No.  5:11-cv-416-Oc-10PRL

A+NURSETEMPS, INC., a Florida for profit corporation d/b/a NURSETEMPS, INC.,

Defendant.
_____/

## **O R D E R**

On June 20, 2013, the Court granted the Plaintiffs' Motion for Partial Summary Judgment in this FLSA unpaid overtime compensation collective action (Doc. 83-1), and directed the Clerk to enter judgment against Defendant A+Nursetemps, Inc., d/b/a Nursetemps, Inc., and in favor of the Plaintiffs in the total amount of $ 74,734.26, representing both actual and liquidated damages (Doc. 98).  Judgment was entered the following day (Doc. 99).  On August 15, 2013, the Court granted the Plaintiffs' Motion for Final Default Judgment including Attorney's Fees and Costs (Doc. 104), and awarded the Plaintiffs $61,927.50 in attorney's fees and $8,847.53 in costs.  Judgment was entered the following day (Doc. 105) and amended judgments were entered on August 27, 2013 (Doc. 109-110).

The case is now before the Court on the Plaintiffs' Motion for Order of Impleader and Proceedings Supplementary (Doc. 111). The Plaintiffs contend and have presented evidence in the form of affidavits and deposition testimony establishing the following facts. On April 20, 2012, while this lawsuit was pending, Defendant Michael Arthur formed a Limited Liability Company called Prime Staff Holdings, LLC, and acquired a foreign for profit corporation, Staff America Health, Inc. ("Staff America"). As of May 3, 2013, Defendant A+ Nursetemps, Inc., ("A+ Nursetemps") of which Defendant Michael Arthur was the principal, ceased business operations. At that time, Mr. Arthur began operating Staff America out of A+ Nursetemps old business location, and hired former employees of A+ Nursetemps to work for Staff America, including one of the Plaintiffs, Sally Hatfield. Staff America performs the same business as A+ Nursetemps - the placement of temporary nurses at various healthcare facilities. Staff America is a healthcare staffing agency.

Based on these facts, the Plaintiffs contend that Prime Staff Holdings, LLC and Staff America are successor entities to A+ Nursetemps and are subject to successor liability under the Fair Labor Standards Act. The Plaintiffs ask this Court to implead Staff America and Prime Staff Holdings into this case for the purposes of collecting on the judgments which remain unsatisfied and unexecuted (Docs. 109-110). Defendants

Michael Arthur and A+ Nursetemps have not filed any responses to this motion, and the time for responding has expired.[1]

The Court has reviewed the Plaintiffs' motion, supporting evidence, and memorandum of law and finds that it is well stated and complies with the requirements of Fed. R. Civ. P. 69 and Fla. Stat. § 56.29.  The Court further finds that all due process concerns have been satisfied – specifically that Prime Staff Holdings, LLC and Staff America, Inc., had notice of this lawsuit through their principal, Michael Arthur.

Accordingly, pursuant to Fed. R. Civ. P. 69 and Fla. Stat. § 56.29, the Plaintiffs' Motion for Order of Impleader and Proceedings Supplementary (Doc. 111) is GRANTED.  The Clerk is directed to reopen this case, and Prime Staff Holdings, LLC and Staff America, Inc. are hereby IMPLEADED as Defendants in this case for the purpose of post-judgment supplementary proceedings in aid of execution.  The Plaintiffs are directed to serve their Motion for Order of Impleader and Proceedings Supplementary (Doc. 111) along with a copy of this Order on Prime Staff Holdings, LLC and Staff America, Inc. in accordance with Fed. R. Civ. P. 4.  The Plaintiffs are further directed to file proof of service with the Court.   Within 20 days from the date the Plaintiffs file their proof of service of process, the Plaintiffs may file a motion for

---

[1] The Court notes that all proceedings against Michael Arthur have been stayed pursuant to a Suggestion of Bankruptcy filed on June 13, 2013, and 11 U.S.C. § 362.  There is nothing in the Court's record suggesting that A+ Nursetemps ever filed for bankruptcy.  The Plaintiffs have attached a certificate of service to their motion stating that a copy of this motion was served via U.S. Mail on A+ Nursetemps, care of Michael Arthur on November 21, 2013 (Doc. 111, p. 10).

issuance of a show cause order to Prime Staff Holdings, LLC and Staff America, Inc., as to why this Court should not order the judgments in this case (Docs. 109-110) to be levied and executed against Prime Staff Holdings, LLC and Staff America, Inc. See Gaggio v. Lake Austin Properties I, Ltd., 2011 WL 6987077 (M.D. Fla. Dec. 21, 2011); Morningstar Healthcare, L.L.C. v. Greystone & Co., Inc., 2008 WL 1897590 (M.D. Fla. April 28, 2008).

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 12th day of December, 2013.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy