# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 5:11-CV-416-OC-10-TBS

Plaintiff:
SALLY HATFIELD, TRACI GLAUSIER, ET AL.

vs.

Defendant:
A+NURSETEMPS, INC., D/B/A NURSETEMPS, INC.

For:
Edwin A. Green, III, Esq.
Blanchard Merriam et al
Post Office Box 1869
Ocala, FL 34478

Received by Apex Process Service on the 17th day of December, 2013 at 9:48 am to be served on **PRIME STAFF HOLDINGS, LLC C/O J. THEODORE "TED" SCHATT, ESQUIRE, SCHATT & HESTER, P.A., 328 NE 1ST AVENUE, SUITE 100, OCALA, FL 34470**.

I, Michael W. Jones, do hereby affirm that on the **17th day of December, 2013** at **2:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Order, Motion for Order of Impleader and Proceedings Supplementary Wiht Supporting Memorandum of Law & Exhibits** with the date and hour of service endorsed thereon by me, to: **J. THEODORE SCHATT** as **ATTORNEY** for **PRIME STAFF HOLDINGS, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required. Date: 12/18/13 .

Michael W. Jones
C.P.S. ID# 89-6-3

**Apex Process Service**
Post Office Box 703
Ocala, FL 34478
(352) 694-1443

Our Job Serial Number: ASV-2013004374

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:11-CV-416-OC-10-TBS

SALLY HATFIELD, TRACI IVELENE
GLAUSIER, VICTORIA LIVENGOOD,
And similarly situated individuals,

    Plaintiffs,

v.

A+ NURSETEMPS, INC., a Florida for Profit
Corporation doing business as NURSETEMPS,
INC., PRIME STAFF HOLDINGS, LLC, and
STAFF AMERICA, INC, as successor entities,

    Defendants.
_____/

MWJ
CERTIFIED PROCESS SERVER
FIFTH JUDICIAL CIRCUIT
ID # 89-6-3
DATE 12-17-13   TIME 2:50 pm
SERVED Ind

**SUMMONS IN A CIVIL ACTION**

TO:    PRIME STAFF HOLDINGS, LLC
       c/o J. Theodore "Ted" Schatt, Esq.
       Schatt & Hesser, PA
       328 NE 1st Avenue, Suite 100
       Ocala, FL  34470

    Pursuant to the attached Order, Prime Staff Holdings, LLC has been impled into this action for the purposes of levy and execution on a Judgment.

    In accordance with the attached Order, within 20 days from the date Plaintiffs filed their proof of service of process, Plaintiffs will file a Motion for Issuance of an Show Cause Order as to why the Court should not order the Judgments in this case to be levied and executed against Prime Staff Holdings, LLC.

    Once the Show Cause Order is entered, an Answer, Motion or other response must be served by Prime Staff Holdings, LLC in accordance with the Court's Order.  The response to the Show Cause Order must be served on the Plaintiff's attorney, whose name and address is: Edwin A. Green, III, Esq., Blanchard, Merriam, Adel & Kirkland, PA, PO Box 1869, Ocala, FL 34478.

12/17/13

4374

If you fail to respond to the forthcoming Show Cause Order, the Court will Order the Judgments in this case to be levied and executed against Prime Staff Holdings, LLC. You must also file your response to the Show Cause Order with the Court.

Date: Dec 13, 2013

CLERK OF COURT   SHERYL L. LOESCH

_____
Signature of Clerk or Deputy Clerk