UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:11-CV-416-OC-10-TBS

SALLY HATFIELD, TRACI IVELENE
GLAUSIER, VICTORIA LIVENGOOD,
And similarly situated individuals,

        Plaintiffs,

v.

A+ NURSETEMPS, INC., a Florida for Profit
Corporation doing business as NURSETEMPS,
INC.

        Defendants.
_____/

**PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE TO IMPLED DEFENDANTS, PRIME STAFF HOLDINGS, LLC AND STAFF AMERICA HEALTH, INC AS TO WHY COURT SHOULD NOT ORDER JUDGMENTS TO BE LEVIED AND EXECUTED AGAINST THEM**

      The Plaintiffs, TRACI IVELENE GLAUSIER and VICTORIA LIVENGOOD, as well as the opt in Plaintiffs, COELEEN BENDER, LAUREN MCLAIN, and KENNETH KEYES, by and through their undersigned counsel, hereby file this Motion for Order to Show Cause to Impled Defendants, PRIME STAFF HOLDINGS, LLC and STAFF AMERICA HEALTH, INC., as to Why Court should not Order Judgments to be Levied and Executed Against Them and in support thereof would show:

      1.     On or about June 20, 2013, this Court granted Plaintiffs' Motion for Partial Summary Judgment in this case against Defendant, A+ NURSETEMPS, INC., d/b/a NURSETEMPS, INC, in favor of Plaintiffs.

      2.     Judgment was then entered on June 20, 2013 and Amended Judgments including attorney's fees and costs were then entered on or about August 27, 2013.

3. On or about November 21, 2013, the undersigned counsel filed a Motion for Order of Impleader and Proceedings Supplementary, seeking to implead Defendant's Prime Staff Holdings, LLC and Staff America Health, Inc., Defendants in this case, for the purpose of post-judgment supplementary proceedings in aid of execution.

4. This Court then entered an Order on December 12, 2013 granting Plaintiffs' Motion.

5. The Court's Order required Plaintiffs to serve a copy of the Motion for Order of Impleader and a copy of the December 12th Order on Defendants and to then file Returns of Service with the Court.

6. The Order also authorized Plaintiffs to file a Motion for Issuance of a Show Cause Order to Impled Defendants as to why the Court should not Order the Judgment to be levied and executed against them.

7. Impled Defendants were served with process on this case on December 17, 2013 and Plaintiffs filed Proof of Service with the Court on Wednesday, December 18, 2013.

8. Plaintiffs, by virtue of this Motion, and in accordance with the Court's December 12, 2013 Order, respectfully request that this Court enter an Order to Show Cause against Defendants, Prime Staff Holdings, LLC and Staff America Health, Inc., as to why the Court should not order the Judgments in this case to be levied and executed against them.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an Order to Show Cause as to Defendants, Prime Staff Holdings, LLC and Staff America Health, Inc. as to why the Court should not order the Judgments in this case to be levied and executed against them and any such other relief as this Court shall deem necessary and proper.

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and exact copy of the foregoing has been furnished via US Mail to J. Theodore Schatt, Esq., attorney for the Impled Defendants, Schatt & Hesser, PA, 328 NE 1st Avenue, Suite 100, Ocala, FL  34470, this 19th day of December, 2013.

>BLANCHARD, MERRIAM,
> ADEL & KIRKLAND, P.A.
>
>
>By: **/s Edwin A. Green, III**
>EDWIN A. GREEN, III, ESQ.
>Post Office Box 1869
>Ocala, Florida  34478
>(352) 732-7218
>Florida Bar Number 0606111
>Attorneys for Plaintiffs